UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dennis A. Soule

Plaintiff,

vs.

Hartford - Comprehensive Employee Benefit Service Company,

Defendant.

Court File No.: 00-1645 RHK/JMM

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** and order

This Stipulation for Dismissal Without Prejudice is entered into by and between Plaintiff Dennis A. Soule ("Plaintiff" or "Mr. Soule") and Defendant Hartford - Comprehensive Employee Benefit Service Company ("Defendant" or "CEBSCO").

WHEREAS, Plaintiff brought this action seeking to recover short-term disability benefits he alleges are due him pursuant to the terms of a short-term disability plan ("the Plan") sponsored by Plaintiff's former employer, Waste Management, Inc.;

WHEREAS, Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA"), which contains a requirement that Plaintiff exhaust all administrative remedies prior to commencing an action;

WHEREAS, Plaintiff and Defendant agree that the interests of efficiency and judicial economy would be better served if Plaintiff re-submitted his claim for further and complete administrative review; and

281261-1

FILED AUG 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 31 2000
DEPUTY CLERK

WHEREAS, if, following the outcome of any such further and complete administrative review, Plaintiff commences any legal action against Defendant seeking the recovery of short-term disability benefits pursuant to the Plan, Defendant agrees that such action shall not be barred by any applicable statute of limitations so long as such action is commenced within two years of the date of this agreement.

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiff and Defendant, through their attorneys, that the above-entitled matter may be DISMISSED WITHOUT PREJUDICE and without cost to any of the parties;

It is further stipulated and agreed that the Court may enter an Order dismissing this action WITHOUT PREJUDICE and without cost to any of the parties without further notice to any of the parties.

Dated: August 30, 2000

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
Eric C. Tostrud
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEY FOR DEFENDANT HARTFORD - COMPREHENSIVE EMPLOYEE BENEFIT SERVICE COMPANY**

Dated: August 30, 2000

By: ______________________
Robert E. Wilson
Attorney at Law
400 Third Avenue North
Suite 201
Minneapolis, MN 55401

**ATTORNEY FOR DENNIS A. SOULE**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dennis A. Soule

Plaintiff,

vs.

Hartford - Comprehensive Employee Benefit Service Company,

Defendant.

Court File No.: 00-1645 RHK/JMM

**ORDER**

Pursuant to the attached Stipulation of Dismissal Without Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITHOUT PREJUDICE,** and without attorneys' fees, costs, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: 8/31, 2000

Honorable Richard H. Kyle
United States District Court Judge